360 A.2d 660

COMMONWEALTH

v.

DIETRICH, Appellant.

Sub-

mitted February 9, 1976. William F. Ochs, Jr., Public Defender, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, and Robert L. VanHoove, District Attorney, for Commonwealth, appellee.

Order affirmed.